Ronald F. Frank, (SBN 109076)
E-mail: rfrank@bwslaw.com
Mitchell A. Wrosch, (SBN 262230)
E-mail: mwrosch@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Tel: 213.236.0600 Fax: 213.236.2700

Attorneys for Defendants
S. VAEOSO, CABALLERO, E. FLOREZ, AND
NEWMAN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY M. CORDERO,<br><br>Plaintiff,<br><br>v.<br><br>HEMET POLICE DEPARTMENT; OFFICER SILIFAGO VAEOSO, OFFICER CABALLERO, OFFICER E. FLOREZ, SARGENT NEWMAN,<br><br>Defendant. | Case No. EDCV10-01935-GHK-PJW<br><br>**DEFENDANTS' VAEOSO, CABALLERO, FLOREZ, AND NEWMAN'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**<br><br>**[F.R.C.P. 12(b)(6)]**<br><br>(*Memorandum of Points and Authorities and Proposed Order filed concurrently herewith*)<br><br>**Date: June 6, 2011**<br>**Time: 12:15 p.m.**<br>**Ctrm.: 23**<br><br>**Judge: Hon. Patrick J. Walsh**<br><br>**NO ORAL ARGUMENT REQUIRED** |

TO PLAINTIFF RANDY CORDERO, IN PRO PER:

NOTICE IS HEREBY GIVEN that on June 6, 2011 at 12:15 p.m., or as soon thereafter as the matter may be heard, in of the above-entitled court located at 312 N. Spring Street, Los Angeles, California 90012, defendants VAEOSO, CABALLERO, FLOREZ, and NEWMAN ("defendants"), will bring a motion to

dismiss the above-entitled action in whole or in part pursuant to Federal Rule of Civil Procedure 12(b)(6). This Motion is presented on the following grounds: (1) plaintiff fails to state a claim for a Fifth Amendment violation; (2) plaintiff's claim that defendant Vaeoso perpetrated a hate crime is a criminal charge, which can not be pled in a civil action; (3) plaintiff's allegations regarding violations of the Fourth Amendment are too vague to respond to, and plaintiff should be ordered to provide a more definite statement; (4) plaintiff fails to state a claim that defendant Newman was deliberately indifferent to his medical needs; and (5) plaintiff fails to state a claim for injunctive relief.[1]

The Motion to Dismiss is based on this Notice of Motion, the attached Memorandum of Points and Authorities, the papers, records and documents on file herein, as well as such evidence and arguments as may be presented at the time of hearing on this matter, should the Court determine that oral argument is warranted.

Dated: May 4, 2011

BURKE, WILLIAMS & SORENSEN, LLP

By: /s/ Mitchell A. Wrosch
Ronald F. Frank
Mitchell A. Wrosch

Attorneys for Defendants
VAEOSO, CABALLERO, FLOREZ, AND NEWMAN

---

[1] Defendants are not moving to dismiss plaintiff's excessive force claims in this motion; though defendants do not concede that these claims have merit.