UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RANDY MATTHEW CORDERO, | ) | Case No. EDCV 10-1935-JAK (PJW) |
| Plaintiff, | ) ) ) | ORDER ACCEPTING REPORT AND ADOPTING FINDINGS, CONCLUSIONS, |
| v. | ) ) | AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| HEMET POLICE DEPARTMENT, et al., | ) ) | |
| Defendants. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, the records on file, and the Report and Recommendation of United States Magistrate Judge. Plaintiff has not filed any objections to the Report. The Court accepts the findings and conclusions of the magistrate judge.

DATED: September 4, 2013.

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\LA10CV01935JAK-O2.wpd