JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Randy M. Cordero,<br><br>PLAINTIFF(S)<br>v.<br><br>Officers Silifaga Vaeoso, Caballero, E. Florez,<br><br>DEFENDANT(S). | CASE NUMBER<br>ED CV 10-1935-PJW<br><br>**JUDGMENT ON THE VERDICT FOR DEFENDANT(S)** |

    This action having been tried before the Court sitting with a jury, the Honorable Patrick J. Walsh, U.S. Magistrate Judge, presiding; the issues having been duly tried and the jury having duly rendered its verdict.

    IT IS ORDERED AND ADJUDGED that the plaintiff:

Randy M. Cordero

take nothing; that the action be dismissed on the merits.

                                 Clerk, U. S. District Court

Dated: December 11, 2015      By /s/ Isabel Martinez
                                   Deputy Clerk

At: Los Angeles, California

cc:    Counsel of record